THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* IRVING SCHAFFEL, Appellant.

Argued October 1, 1947; decided October 16, 1947.

*Gilbert Goldstein* and *David Goldstein* for appellant.

*Charles P. Sullivan, District Attorney (Henry W. Schober* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.